Troy D. MCNALLY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 348, 2017

Supreme Court of Delaware.

Submitted: October 11, 2017

Decided: November 27, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0701005246 (K)

GRANTED. AFFIRMED.

Michael BROOMER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 562, 2016

Supreme Court of Delaware.

Submitted: November 14, 2017

Decided: November 28, 2017

Court Below: Superior Court of the State of Delaware

AFFIRMED.